UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNDELL HENDERSON,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL THOMAS, et al.,<br><br>          Defendants. | Case No. 22-cv-02166-RFL (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 40, 42, 44 and 45 |

In response to plaintiff Henderson's motion for voluntary dismissal, this suit is DISMISSED WITHOUT PREJUDICE.  *See* Fed. R. Civ. P. 41(a)(2).  (Dkt. No. 46.)

All pending motions are DENIED.  The Clerk shall terminate Dkt. Nos. 40, 42, 44 and 45, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:**  May 15, 2024

_____
RITA F. LIN
United States District Judge

1