UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNDELL HENDERSON,

Plaintiff,

v.

MICHAEL THOMAS, et al.,

Defendants.

Case No. 22-cv-02166-NW

**ORDER GRANTING DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Re: ECF No. 114

The Court is in receipt of Defendants' motion for an extension of time to file a dispositive motion. *See* ECF No. 114. Upon due consideration of Defendants' motion and the supporting declaration of counsel, good cause appearing, the Court **GRANTS** the motion so the parties may continue the discovery process. *See* Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4). Accordingly, the dispositive motion must be filed and served no later than August 13, 2026. Any opposition to the dispositive motion must be filed and served upon the moving party no later than 28 days from the date the motion is filed. A reply in support of the motion, if any, must be filed and served no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California